# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TALIBAH SAFIYAH ABDUL HAQQ | : | CIVIL ACTION |
| | : | NO. 09-0042 |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE | : | |

## ORDER

AND NOW, this 23rd day of March, 2010, in consideration of defendant's motion for summary judgment and plaintiff's response, it is ORDERED that defendant's motion is hereby GRANTED IN PART and DENIED IN PART as follows:

1) Defendant's motion is DENIED with respect to Counts I and VI of plaintiff's complaint; and

2) Defendant's motion is GRANTED with respect to Counts IV and VIII and judgment is ENTERED in favor of defendant and against plaintiff on Counts IV and VIII.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.